UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JOE BLESSETT, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:18-CV-137 |
| | § | |
| BEVERLY ANN GARCIA, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

Before the Court are two similar motions filed by Plaintiff: Motion for Substituted Service as Per FRCP 4(e)(1) (Dkt. 3) and Motion for Relief Granting Substituted Service as Per FRCP 4(e)(1) (Dkt. 4). Plaintiff has provided no evidence that Defendant resides at the addresses where service has been attempted or that he has accurate knowledge of where Defendant currently resides. Under the circumstances of the case, the Court finds that substituted service is not appropriate. Accordingly, Plaintiff's motions (Dkts. 3, 4) are **DENIED**.

Also before the Court is Plaintiff's Motion for Relief Granting Jurisdiction over Property and Assets. Dkt. 5. Upon consideration, the Court **DENIES** the motion.

Lastly, Plaintiff has filed a Motion for Extending Time as Per FRCP 6(b). Dkt. 6. Upon consideration, the Court **GRANTS** the motion. Accordingly, it is **ORDERED** that

Plaintiff has an additional 90 days to serve Defendant upon expiration of the original deadline to serve Defendant.

SIGNED at Galveston, Texas, this 13th day of July, 2018.

George C. Hanks Jr.
United States District Judge